# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Michelle Marie Wilson, | ) | Case No: 16-07789 |
| | ) | |
| Debtors. | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES

The undersigned, a duly qualified attorney admitted to practice before the Court, hereby enters an appearance in the above captioned matter on behalf of PNC Bank, National Association, and/or its assigns and requests all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case be sent to them at the following address:

> PNC Bank, National Association
> c/o Heavner, Beyers & Mihlar, LLC
> Post Office Box 740
> Decatur, Illinois   62525-0740

Dated this 22nd day of March, 2016

By  <u>/s/ Amanda J. Doyle</u><br>Amanda J. Doyle

HEATHER M. GIANNINO (#6299848)
AMANDA J. DOYLE (#6320552)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
Post Office Box 740
Decatur, Illinois   62525-0740
(217) 422-1719