# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 7 |
| Michelle Marie Wilson, | Case No. 16-07789 |
| Debtor(s). | Honorable Donald R. Cassling |

## NOTICE OF MOTION

TO:   See attached Service List

On April 1, 2016, at 10:30 a.m., I shall appear before Bankruptcy Judge Donald R. Cassling, Kane County Courthouse, 100 S. Third Street, Room 240, Geneva, Illinois 60134, or in his absence, before such other Bankruptcy Judge as may be presiding in his place and stead, and shall then and there present the attached Motion for Relief from Automatic Stay filed by PNC Bank, National Association at which time and place you may appear if you so see fit.

> HEAVNER, BEYERS & MIHLAR, LLC
> Attorneys at Law
> Heather M. Giannino (ARDC #6299848)
> Amanda J. Doyle (ARDC #6320552)
> 111 East Main Street
> Post Office Box 740
> Decatur, Illinois 62525-0740
> (217) 422-1719

STATE OF ILLINOIS
COUNTY OF MACON

I, Amanda J. Doyle, an attorney, being first duly sworn upon oath, depose and state that I have served the above and foregoing Notice, together with all required papers, upon the above-named parties, as to the Trustee via electronic notice on March 22, 2016, and as to the Debtor by placing same in an envelope addressed as shown above, and depositing same First Class Mail, postage prepaid in the United States mailbox at Decatur, Illinois 62523 this 22nd day of March, 2016.

                                    /s/ Amanda J. Doyle
                                    Amanda J. Doyle

-2-

## Service List

**Service By Mail:**

Michelle Marie Wilson
85 N. Elizabeth Street
Lombard, IL 60148

**Service By Electronic Notification Through ECF:**

David R. Brown, ESQ
Springer Brown, LLC
300 South Conty Farm Road, Suite I
Wheaton, IL 60187

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL  60604

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 7 |
| Michelle Marie Wilson, | Case No. 16-07789 |
| Debtor(s). | Honorable Donald R. Cassling |

### MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW COMES PNC Bank, National Association (hereinafter "Movant") by and through its attorneys, Heavner, Beyers & Mihlar, LLC, and moves for the entry of an Order granting relief from the Automatic Stay pursuant to the United States Bankruptcy Code, Section 362(d), and as cause for its motion states as follows:

1. Movant is the owner of the real estate legally described on the attached document and commonly known as 85 N. Elizabeth Ave., Lombard, Illinois 60148.

2. Movant was the purchaser of the real estate at the foreclosure sale conducted by the Sheriff of DuPage County, Illinois, pursuant to a Judgment of Foreclosure and Sale entered on July 21, 2015, in the Circuit Court of DuPage County, Illinois, in Case #12-CH-5282.

3. The Judicial Sale was held on October 27, 2015. The Order Confirming said sale was entered on November 10, 2015.

4. Movant is the legal owner of the real estate. A true and correct copy of the Sheriff's Deed is attached hereto as Exhibit "A".

5. That Debtor, Michelle Marie Wilson, was the Borrower under the Mortgage and Note at issue in the above referenced foreclosure.

6. Debtor does not have a lease and has no right of redemption remaining in the aforementioned real estate.

7. Debtor has no right to continued occupancy of the premises.

8. Movant is entitled to relief pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor has no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

9. That the Court has authority to order that Rule 4001(a)(3) is not applicable to the Order entered in granting this Motion, and movant requests this Court so order;

WHEREFORE, PNC Bank, National Association prays that an Order be entered in this cause terminating, annulling or modifying the Automatic Stay as provided pursuant to the United States Bankruptcy Code, so that PNC Bank, National Association, its successors and assignees, be permitted to initiate or proceed with eviction proceedings, and for such further relief as may be appropriate.

                                    PNC Bank, National Association,

                                    *Amanda J. Doyle*
                                    Amanda J. Doyle

HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
Heather M. Giannino (ARDC #6299848)
Amanda J. Doyle (ARDC #6320552)
111 East Main Street
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719

**This advice pertains to your dealings with our firm as a debt collector. It does not affect your dealings with the court, and in particular it does not change the time at which you must answer the motion. The advice in this notice also does affect our relations with the court. As attorneys, we may file papers in the suit according to the court's rules and the judge's instructions.**

## NOTICE PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. Section 1601 as Amended

1. The amount of the debt is stated in the motion attached hereto.

2. The movant named in the attached motion is the creditor to whom the debt is owed or is the servicing agent for the creditor whom the debt is owed.

3. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume the debt is valid.

4. If you notify this office in writing within 30 days after receiving this notice, this office will obtain verification of the debt and mail you a copy of such verification.

5. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

6. Nothing in this notice should be construed as an agreement by the movant to extend or stay any time periods established by law with respect to the litigation which is the subject of the attached motion.

7. Written requests should be addressed to Heavner, Beyers & Mihlar, LLC, 111 East Main Street, Decatur, Illinois 62523.

8. Please be advised that this is an attempt to collect a debt. Any information obtained will be used for that purpose.