**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) _____ Michelle Marie Wilson _____ Case No. __16-07789__ Chapter __7__

All Cases: Moving Creditor __PNC Bank, National Association__ Date Case Filed __03/07/2016__

Nature of Relief Sought: ☑ Lift Stay      ☐ Annul Stay      ☐ Other (describe) _____

Chapter 13:  Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
    ☑ No-Asset Report not Filed, Date of Creditors Meeting _____ 04/05/2016 _____

1.  Collateral
    a.    ☑ Home
    b.    ☐ Car   Year, Make, and Model _____
    c.    ☐ Other (describe) _____

2.  Balance Owed as of Petition Date  $ 282,390.79 _____
    Total of all other Liens against Collateral $ _____

3.  In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4.  Estimated Value of Collateral (must be supplied in *all* cases)  $ 214,625.00 _____

5.  Default
    a.    ☐ Pre-Petition Default
          Number of months _____        Amount $ _____

    b.    ☐ Post-Petition Default
          i.      ☐ On direct payments to the moving creditor
                  Number of months _____        Amount $ _____

          ii.     ☐ On payments to the Standing Chapter 13 Trustee
                  Number of months _____        Amount $ _____

6.  Other Allegations
    a.    ☐ Lack of Adequate Protection § 362(d)(1)
          i.      ☐ No insurance
          ii.     ☐ Taxes unpaid        Amount $ _____
          iii.    ☐ Rapidly depreciating asset
          iv.     ☐ Other (describe) _____

    b.    ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

    c.    ☑ Other "Cause" § 362(d)(1)
          i.      ☐ Bad Faith (describe) _____
          ii.     ☐ Multiple Filings
          iii.    ☑ Other (describe) _____ Foreclosure Sale held prior to Bankruptcy filing _____

    d.    Debtor's Statement of Intention regarding the Collateral
          i. ☐ Reaffirm    ii ☐ Redeem    iii. ☐ Surrender    iv. ☐ No Statement of Intention Filed

Date: _____ 03/22/2016 _____        _____ /s/ Amanda J. Doyle _____
                                            Counsel for Movant

(Rev. 12 /21/09)