

**FRED BUCHOLZ**
DUPAGE COUNTY RECORDER
DEC.10,2015      RHSP    2:08 PM
DEED    $40.00    06-07-203-004
003 PAGES    R2015-134618



EXHIBIT
A

**MAIL TAX STATEMENT TO:**     PNC Bank, National Association
3232 Newmark Drive
Miamisburg, OH 45342

### SHERIFF'S DEED

THIS INDENTURE made this 10th day of November, 2015, by and between John Zaruba, as Sheriff of DuPage County, Illinois, and PNC Bank, National Association.

WITNESSETH:

WHEREAS, by a Judgment made and entered in the Circuit Court of DuPage County, Illinois on the 21st day of July, 2015, wherein PNC Bank, National Association, was Plaintiff, and Jeremy T. Wilson and Michelle M. Wilson, were Defendants, in Case No 12-CH-5282 the premises hereinafter described were ordered to be sold by the Sheriff of DuPage County for cash in hand on the day of the sale, and,

-2-

12-CH-5282

WHEREAS, pursuant to said Judgment, public notice of the time and place and terms of the same was given according to law and to the terms of said Judgment and on the 27th day of October, 2015, said premises were offered for sale as directed by said Judgment and the Plaintiff, PNC Bank, National Association, offered and bid therefore, the sum of Two Hundred Fourteen Thousand Six Hundred Twenty-Five And 00/100 Dollars ($214,625.00) the same being the highest and best bid therefore, said premises were struck off and sold to PNC Bank, National Association, and said sale having been duly confirmed by the Court, and the Certificate of Sale having been issued by Sheriff.

NOW, THEREFORE, I, JOHN ZARUBA, Sheriff of said County do hereby convey to **PNC Bank, National Association**, the following described real estate:

Lot 27 in Orchard Subdivision, being a Resubdivision of Out Lot 5 of Town of Lombard, in Sections 5, 6, 7, 8 and 18, Township 39 North, Range 11, East of the Third Principal Meridian, according to the Plat of said Orchard Subdivision, recorded January 24, 1917 as Document 127948, in DuPage County, Illinois.

Permanent Index Number: 06-07-203-004

Commonly known as: 85 N. Elizabeth Ave., Lombard, IL 60148

to have and to hold the same with all appurtenances thereunto belong to **PNC Bank, National Association**.

IN WITNESS WHEREOF, I have hereunto set my hand and seal on the day and year first above written.

_____
Sheriff of DuPage County

-3-

12-CH-5282

STATE OF ILLINOIS    )
COUNTY OF DUPAGE    ) SS.

I, Madeline Angus, a Notary Public in and for the said DuPage County, in the State aforesaid, DO HEREBY CERTIFY that John Zaruba, Sheriff of DuPage County, Illinois, who is personally known to me to be the person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that he signed, sealed, and delivered the said instrument as his free and voluntary act as such Sheriff for the uses and purposes therein set forth.

Given under my hand and Notarial Seal, this 10th day of November, 2015.

"OFFICIAL SEAL"
MADELINE ANGUS
Notary Public, State of Illinois
My Commission Expires 02/03/19

Madeline Angus

"Exempt under provisions of Paragraph L, Section 31-45 of the Real Estate Transfer Tax Law (35 ILCS 200/31-45)."

DATED  11-18-15

Buyer, Seller or Representative

Prepared by and return to:
WILL KONRAD
HEAVNER, BEYERS & MIHLAR, LLC (Atty #16320)
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
111 East Main Street
Decatur, IL 62523
Telephone: (217) 422-1719

Grantee: Kathy Blanton, PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342, 937-910-4879